AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF __the Northern Mariana Islands__

FILED
Clerk
District Court

AUG 11 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES OF AMERICA,

    Plaintiff,

V.

**JOAQUINA V. SANTOS**

    Defendant.

**WARRANT FOR ARREST**

CASE NUMBER: CR 08 - 00020

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **JOAQUINA V. SANTOS**
                                                          Name

and bring her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging her with (brief description of offense)

    **Conspiracy (Count 1)**
    **Wire Fraud (Count 2)**
    **Theft Concerning Federal Funds (Count 3)**

RECEIVED
JUL 23 2008
US MARSHALS SERVICE-CNMI

in violation of Title __18__ United States Code, Section(s) __371, 1343, and 666__

and in violation of Title ____ United States Code, Section (s) ____

| HONORABLE ALEX R. MUNSON | CHIEF JUDGE, DISTRICT COURT OF THE NMI |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Alex R. Munson | 7-22-08      SAIPAN, CNMI |
| Signature of Issuing officer | Date and Location |

Bail fixed at $ __50,000.00__    by    /s/ Alex R. Munson
                                                                 Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at __USDC - NMI Horiguchi Bld, Saipan CNMI__

| DATE RECEIVED 23 Jul 08 | NAME AND TITLE OF ARRESTING OFFICER N. M. Calvert, CIDUSM #3086 / USMS NMI | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 11 Aug 08 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____