| | |
|---|---|
| 1 | RAMON K. QUICHOCHO, ESQ. (F0243) |
| | LAW OFFICES OF RAMON K. QUICHOCHO, LLC |
| 2 | 2nd Floor, Sign Arts Building, San Jose |
| | P.O. Box 505621 |
| 3 | Saipan, MP 96950 |
| | Tel. No.: 670.234.8946 |
| 4 | Fax: 670.234.8920 |
| | Email: karissa129@gmail.com |

*Attorney for Defendant Joaquina V. Santos*

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO.: 08-00020 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | SUBSTITUTION OF COUNSEL FOR |
| TIMOTHY P. VILLAGOMEZ, ANTHONY C. ) | JOAQUINA V. SANTOS |
| GUERRERO, JOAQUINA V. SANTOS, AND ) | |
| JAMES A. SANTOS, ) | |
| ) | |
| Defendants. ) | |

COMES NOW, Defendant Joaquina V. Santos, and hereby substitutes and replaces present counsel of record in this matter with Ramon K. Quichocho.

Accordingly, pursuant to LR 83.5g.3, Ramon K. Quichocho, agrees to represent Defendant Joaquina V. Santos and to assume all duties and responsibilities regarding this matter as counsel of record, and Richard W. Pierce hereby moves to withdraw from this matter.

Respectfully submitted this <u>19th</u> day of <u>August,</u> 2008.


RICHARD W. PIERCE LAW OFFICE, LLC        LAW OFFICES OF RAMON K. QUICHOCHO, LLC

*[signature: RW Pierce]*

RICHARD W. PIERCE                        /s/RAMON K. QUICHOCHO, ESQ.
CNMI Bar No. _____                  CNMI Bar No. F0243
Withdrawing Attorney for Joaquina V. Santos   Substituting Attorney for Joaquina V. Santos