```
                                              FILED
                                                Clerk
                                            District Court

                                            AUG 21 2008

                                     For The Northern Mariana Islands
                                     By_____
                                              (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case Nos. 08-00020 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER APPROVING |
| ) | SUBSTITUTION OF |
| TIMOTHY P. VILLAGOMEZ, ) | COUNSEL FOR |
| JOAQUINA V. SANTOS, ) | DEFENDANT JOAQUINA |
| JAMES A. SANTOS, and ) | V. SANTOS |
| ANTHONY C. GUERRERO, ) | |
| ) | |
| Defendant ) | |

IT IS ORDERED that attorney Raymond K. Quichocho be and hereby is allowed to substitute as attorney of record for defendant Joaquina V. Santos, effective immediately. Attorney Richard W. Pierce is relieved of any further obligation in this matter.

DATED this 21st day of August, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)