F I L E D
Clerk
District Court

AUG 22 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff  )<br>  )<br>v.  )<br>  )<br>TIMOTHY P. VILLAGOMEZ,  )<br>JOAQUINA V. SANTOS,  )<br>JAMES A. SANTOS, and  )<br>ANTHONY C. GUERRERO,  )<br>  )<br>Defendant  )<br>_____ ) | Criminal Case Nos. 08-00020<br><br>ORDER APPROVING STIPULATION TO EXTEND DEADLINE FOR FILING OF PRE-TRIAL MOTIONS AS TO DEFENDANT JOAQUINA V. SANTOS |

IT IS ORDERED that plaintiff and defendant Joaquina V. Santos' stipulation to extend the time in which to file pre-trial motions be and hereby is approved. Pre-trial motions shall be filed no later than 3:30 p.m., Monday, September 22, 2008.

DATED this 22nd day of August, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)