PS 40
(REV. 6/05)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTHERN MARIANA ISLANDS

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| | | | |
|---|---|---|---|
| **TO:** | United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, D.C. 20037 | **FROM:** | Melinda N. Brunson, U.S. Probation Officer<br>District of the Northern Mariana Islands<br>P.O. Box 502089<br>Saipan, MP 96950 |

FILED
Clerk
District Court

AUG 25 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

[X] **Original Notice**          [ ] **Notice of Disposition**

| | | | |
|---|---|---|---|
| Date: | August 11, 2008 | Date: | |
| By: | Designated Judge David Wiseman | By: | |

| | | | |
|---|---|---|---|
| Defendant: | Joaquina V. Santos | Case Number: | 08-00020-003 |
| Date of Birth: | xx-xx-1958 | Place of Birth: | Saipan, MP |
| SSN: | xxx-xx-5145 | | |

**NOTICE OF COURT ORDER** (Order Date:  August 11, 2008  )

[✔] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[✔] The above-named defendant surrendered Passport Number ___xxxxxxxx___ to the custody of the **U.S. District Court for the NMI.**

## NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[ ] Defendant convicted.

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
  ☐ Not Convicted - Document returned to defendant.
  ☐ Not Convicted - Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
  ☐ Convicted - Document and copy of Judgment enclosed.
Defendant (or representative)